No. —, original. EX PARTE WILLIAMS. October 9, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Joseph Williams, pro se.*

No. —, original. EX PARTE RUBIN. October 9, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Lloyd Rubin, pro se.*

No. —, original. EX PARTE JORDON. October 9, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Harry Jordon, pro se.*

No. —, original. EX PARTE MARTIN. October 9, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Milford B. Martin, pro se.*